JU**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

JUDGMENT IN CIVIL CASE

**BOARDS OF TRUSTEES OF THE OHIO LABORERS BENEFITS,**

      Plaintiff,

v.

**CROWE CONSTRUCTION INC.,**

      Defendant.

Case No. 2:24-cv-3039

Judge Algenon L. Marbley

Magistrate Judge Elizabeth P. Deavers

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED that pursuant to the September 5, 2025 Opinion and Order, the Court GRANTED the Motion for Default Judgment. Judgment is entered in favor of Plaintiffs Boards of Trustees of the Ohio Laborers Benefits and against Defendant Crowe Construction Inc. in the amount of $38,523.09 i.e., $25,628.75 in principal, $5,157.10 in liquidated damages, $2,454.31 interest to date, plus $4,541.98 in attorneys fees, and $740.95 in court costs plus interest from date of judgment at the rate of 1% per month under the Agreement. The Clerk of the Court is directed to close the case administratively.

**Date: September 5, 2025**        **Richard W. Nagel, Clerk**

                                                            s/Diane M. Stash
                                              Diane M. Stash/Deputy Clerk